1

651112

| Schedule K-1 | 2012 | ☐ Final K-1  ☒ Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

For calendar year 2012, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | -5,650,060. | 15 Credits | |
| 2 Net rental real estate income (loss) | | | |
| 3 Other net rental income (loss) | | 16 Foreign transactions | |
| 4 Guaranteed payments | 48,453. | | |
| 5 Interest income | 353. | | |
| 6a Ordinary dividends | 401. | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | A | -5,193. |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | | 18 Tax-exempt income and nondeductible expenses  C* STMT | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions  A  4,725,326. | |
| 9c Unrecaptured sec 1250 gain | | 20 Other information | |
| 10 Net section 1231 gain (loss) | | A   754.  Y*   390. | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | 390. | | |
| 13 Other deductions  A  9,407.  M  29,895. | | | |
| 14 Self-employment earnings (loss)  A  -5,601,607.  C  7,209,132. | | | |

**Part I  Information About the Partnership**

A Partnership's employer identification number
22-1399410

B Partnership's name, address, city, state, and ZIP code

ZUCKER, GOLDBERG & ACKERMAN LLC
200 SHEFFIELD STREET SUITE 301
MOUNTAINSIDE, NJ 07092

C IRS Center where partnership filed return
OGDEN, UT

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E Partner's identifying number

F Partner's name, address, city, state, and ZIP code

MICHAEL S ACKERMAN
8 PENWOOD DR
MORRIS PLAINS, NJ 07905

G ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

H ☒ Domestic partner    ☐ Foreign partner

I1 What type of entity is this partner? INDIVIDUAL
I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS % | VARIOUS % |
| Loss | VARIOUS % | VARIOUS % |
| Capital | VARIOUS % | VARIOUS % |

K Partner's share of liabilities at year end:
Nonrecourse ..................................... $ _____
Qualified nonrecourse financing ........ $ _____
Recourse ........................................... $ 4,269,014.

L Partner's capital account analysis:
Beginning capital account ................ $ -5,519,298.
Capital contributed during the year ... $ _____
Current year increase (decrease) ..... $ -8,448,329.
Withdrawals & distributions ............... $( 4,725,326.)
Ending capital account ..................... $ -18,692,953.

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

*See attached statement for additional information.

211251
01-03-13  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.   IRS.gov/form1065   Schedule K-1 (Form 1065) 2012

29                                                                                                     1

10480703 758553 ZGALLC                              2012.06030 ZUCKER, GOLDBERG & ACKERM ZGALLC 2

ZUCKER, GOLDBERG & ACKERMAN LLC                                    22-1399410

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 8,230. |
| NONDEDUCTIBLE EXPENSES - PASSTHROUGH | SEE IRS SCH. K-1 INSTRUCTIONS | 1,745. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 9,975. |

| SCHEDULE K-1 | OTHER INFORMATION, BOX 20, CODE Y | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| SECTION 179 EXPENSE DISALLOWED DUE TO BUSINESS INCOME LIMIT | CARRIED OVER TO NEXT YEAR | 390. |

ZUCKER, GOLDBERG & ACKERMAN LLC                                      22-1399410

| SCHEDULE K-1 | CURRENT YEAR INCREASES (DECREASES) | |
|---|---:|---:|
| DESCRIPTION | AMOUNT | TOTALS |
| ORDINARY INCOME (LOSS) | -5,650,060. | |
| INTEREST INCOME | 353. | |
| DIVIDEND INCOME | 401. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -5,649,306. |
| SECTION 179 EXPENSE | -390. | |
| CHARITABLE CONTRIBUTIONS | -9,407. | |
| HEALTH INSURANCE PREMIUMS | 29,895. | |
| OTHER DEDUCTIONS | -29,895. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -9,797. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -5,659,103. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | -60,762. | |
| DISALLOWED SECTION 179 EXPENSE | -390. | |
| NONDEDUCTIBLE EXPENSES | -9,975. | |
| ACCRUAL TO CASH | -2,924,266. | |
| FINES AND PENALTIES | -14,840. | |
| PRIOR PERIOD ACCRUAL TO CASH ADJUSTMENT | 221,006. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -2,789,227. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -8,448,330. |

| SCHEDULE K-1 | WITHDRAWALS AND DISTRIBUTIONS |
|---|---:|
| DESCRIPTION | AMOUNT |
| CASH DISTRIBUTION | 84,076. |
| TRANSFERRED CAPITAL | 4,641,250. |
| TOTAL TO SCHEDULE K-1, ITEM L, WITHDRAWALS AND DISTRIBUTIONS | 4,725,326. |

MICHAEL S ACKERMAN

651113

| Schedule K-1 (Form 1065) | 2013 | ☐ Final K-1 ☒ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2013, or tax year beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | -2,217,294. | 15 Credits | |
| 2 Net rental real estate income (loss) | | | |
| | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4 Guaranteed payments | 56,436. | | |
| 5 Interest income | 263. | | |
| 6a Ordinary dividends | 418. | | |
| 6b Qualified dividends | | 17 Alternative min tax (AMT) items | |
| | | A | 1,623. |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | | 18 Tax-exempt income and nondeductible expenses | |
| | | C* | STMT |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions | |
| | | A | 177,663. |
| 9c Unrecaptured sec 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | 20 Other information | |
| | | A | 681. |
| | | Z* | 413. |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| A | 8,319. | | |
| M | 33,069. | | |
| 14 Self-employment earnings (loss) | | | |
| A | -2,160,858. | | |
| C | 26,508,337. | | |

*See attached statement for additional information.

### Part I Information About the Partnership

A Partnership's employer identification number
22-1399410

B Partnership's name, address, city, state, and ZIP code
ZUCKER, GOLDBERG & ACKERMAN LLC
200 SHEFFIELD STREET SUITE 301
MOUNTAINSIDE, NJ 07092

C IRS Center where partnership filed return
OGDEN, UT

D ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

E Partner's identifying number

F Partner's name, address, city, state, and ZIP code
MICHAEL S ACKERMAN
8 PENWOOD DR
MORRIS PLAINS, NJ 07905

G ☒ General partner or LLC member-manager  ☐ Limited partner or other LLC member

H ☒ Domestic partner  ☐ Foreign partner

I1 What type of entity is this partner? INDIVIDUAL

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 78.0000000% | 78.0000000% |
| Loss | 78.0000000% | 78.0000000% |
| Capital | 78.0000000% | 78.0000000% |

K Partner's share of liabilities at year end:
Nonrecourse .............................. $ _____
Qualified nonrecourse financing ... $ _____
Recourse .................................. $ 6,716,016.

L Partner's capital account analysis:
Beginning capital account .............. $ -18,816,517.
Capital contributed during the year ... $ _____
Current year increase (decrease) ..... $ -2,036,086.
Withdrawals & distributions ........... $( 177,663.)
Ending capital account ................. $ -21,030,266.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If "Yes", attach statement (see instructions)

ZUCKER, GOLDBERG & ACKERMAN LLC                                         22-1399410

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 52,069. |
| NONDEDUCTIBLE EXPENSES - PASSTHROUGH | SEE IRS SCH. K-1 INSTRUCTIONS | 196. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 52,265. |

| SCHEDULE K-1 | OTHER INFORMATION, BOX 20, CODE Z | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| SECTION 179 EXPENSE DISALLOWED DUE TO BUSINESS INCOME LIMIT | CARRIED OVER TO NEXT YEAR | 413. |

ZUCKER, GOLDBERG & ACKERMAN LLC                                    22-1399410

| SCHEDULE K-1 | CURRENT YEAR INCREASES (DECREASES) | |
|---|---:|---:|
| DESCRIPTION | AMOUNT | TOTALS |
| ORDINARY INCOME (LOSS) | -2,217,294. | |
| INTEREST INCOME | 263. | |
| DIVIDEND INCOME | 418. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -2,216,613. |
| CHARITABLE CONTRIBUTIONS | -8,319. | |
| HEALTH INSURANCE PREMIUMS | 33,069. | |
| OTHER DEDUCTIONS | -33,069. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -8,319. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -2,224,932. |
| DEPRECIATION ON RETURN AND NOT ON BOOKS | 313,213. | |
| NONDEDUCTIBLE EXPENSES | -52,265. | |
| ACCRUAL TO CASH | 3,077,838. | |
| DOMESTIC PARTNERSHIP | 12,775. | |
| FINES AND PENALTIES | -9,734. | |
| PRIOR PERIOD ADJUSTMENT | -3,152,981. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | 188,846. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -2,036,086. |

MICHAEL S ACKERMAN

651113

| Schedule K-1 (Form 1065) | 2014 | | Final K-1 | [X] Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | -1,279,935. | 15 Credits | |
| 2 Net rental real estate income (loss) | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4 Guaranteed payments | 49,701. | | |
| 5 Interest income | 1,019. | | |
| 6a Ordinary dividends | 967. | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | A | -29,000. |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | | C* | 45,222. |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions | |
| | | A | 83,492. |
| 9c Unrecaptured sec 1250 gain | | 20 Other information | |
| 10 Net section 1231 gain (loss) | | A | 1,986. |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| A | 7,288. | | |
| M | 31,442. | | |
| 14 Self-employment earnings (loss) | | | |
| A | -1,230,234. | | |
| C | 10,580,441. | | |

### Part I Information About the Partnership

A Partnership's employer identification number
22-1399410

B Partnership's name, address, city, state, and ZIP code

ZUCKER, GOLDBERG & ACKERMAN LLC
200 SHEFFIELD STREET SUITE 301
MOUNTAINSIDE, NJ 07092

C IRS Center where partnership filed return
OGDEN, UT

D [ ] Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

E Partner's identifying number

F Partner's name, address, city, state, and ZIP code

MICHAEL S ACKERMAN
8 PENWOOD DRIVE
MORRIS PLAINS, NJ 07905

G [ ] General partner or LLC member-manager    [X] Limited partner or other LLC member

H [X] Domestic partner    [ ] Foreign partner

I1 What type of entity is this partner?  INDIVIDUAL
I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here [ ]

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 78.0000000% | 78.0000000% |
| Loss | 78.0000000% | 78.0000000% |
| Capital | 78.0000000% | 78.0000000% |

K Partner's share of liabilities at year end:
Nonrecourse .......... $ 35,619,720.
Qualified nonrecourse financing .......... $
Recourse .......... $ 9,584,956.

*See attached statement for additional information.

L Partner's capital account analysis:
Beginning capital account .......... $ -18,891,540.
Capital contributed during the year .......... $
Current year increase (decrease) .......... $ -9,171,174.
Withdrawals & distributions .......... $( 83,492.)
Ending capital account .......... $ -28,146,206.

[ ] Tax basis    [X] GAAP    [ ] Section 704(b) book
[ ] Other (explain)

M Did the partner contribute property with a built-in gain or loss?
[ ] Yes    [X] No
If "Yes", attach statement (see instructions)

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    IRS.gov/form1065    Schedule K-1 (Form 1065) 2014

411261 11-24-14 LHA

28

11290710 758553 ZGALLC            2014.06020 ZUCKER, GOLDBERG & ACKERM ZGALLC_3

ZUCKER, GOLDBERG & ACKERMAN LLC                                       22-1399410

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 45,222. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 45,222. |

| SCHEDULE K-1 | CURRENT YEAR INCREASES (DECREASES) | |
|---|---|---|
| DESCRIPTION | AMOUNT | TOTALS |
| ORDINARY INCOME (LOSS) | -1,279,935. | |
| INTEREST INCOME | 1,019. | |
| DIVIDEND INCOME | 967. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -1,277,949. |
| CHARITABLE CONTRIBUTIONS | -7,288. | |
| HEALTH INSURANCE PREMIUMS | 31,442. | |
| OTHER DEDUCTIONS | -31,442. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -7,288. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -1,285,237. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | -681,371. | |
| NONDEDUCTIBLE EXPENSES | -45,222. | |
| ACCRUAL TO CASH ADJUSTMENT | -5,187,463. | |
| DOMESTIC PARTNERSHIP | 3,452. | |
| FINES AND PENALTIES | -22,930. | |
| OTHER DECREASES | -1,952,403. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -7,885,937. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -9,171,174. |

| Schedule K-1 (Form 1065) | 2014 | ☐ Final K-1  ☒ Amended K-1  OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2014, or tax year beginning _____ ending _____ | **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
| Partner's Share of Income, Deductions, Credits, etc. ► See separate instructions. | | |

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | -361,007. | 15 Credits |
| 2 Net rental real estate income (loss) | | |
| | | 16 Foreign transactions |
| 3 Other net rental income (loss) | | |
| 4 Guaranteed payments | 106,546. | |
| 5 Interest income | 288. | |
| 6a Ordinary dividends | 273. | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | | A  -8,180. |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | | 18 Tax-exempt income and nondeductible expenses |
| | | C*  12,755. |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions |
| | | A  47,703. |
| 9c Unrecaptured sec 1250 gain | | |
| 10 Net section 1231 gain (loss) | | 20 Other information |
| | | A  561. |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| A  2,056. | | |
| M  38,485. | | |
| 14 Self-employment earnings (loss) | | |
| A  -254,461. | | |
| C  2,984,224. | | |

**Part I  Information About the Partnership**

A Partnership's employer identification number
22-1399410

B Partnership's name, address, city, state, and ZIP code
ZUCKER, GOLDBERG & ACKERMAN LLC
200 SHEFFIELD STREET SUITE 301
MOUNTAINSIDE, NJ 07092

C IRS Center where partnership filed return
OGDEN, UT

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E Partner's identifying number
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

F Partner's name, address, city, state, and ZIP code

JOEL ACKERMAN
100 EAST SHORE ROAD
DENVILLE, NJ 07834

G ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I1 What type of entity is this partner? INDIVIDUAL
I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 22.0000000% | 22.0000000% |
| Loss | 22.0000000% | 22.0000000% |
| Capital | 22.0000000% | 22.0000000% |

K Partner's share of liabilities at year end:
Nonrecourse $ 10,046,588.
Qualified nonrecourse financing $ _____
Recourse $ 1,077,717.

L Partner's capital account analysis:
Beginning capital account $ -7,690,697.
Capital contributed during the year $ _____
Current year increase (decrease) $ -2,586,738.
Withdrawals & distributions $( 47,703.)
Ending capital account $ -10,325,138.

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

*See attached statement for additional information.

ZUCKER, GOLDBERG & ACKERMAN LLC                                    22-1399410

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 12,755. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 12,755. |

| SCHEDULE K-1 | CURRENT YEAR INCREASES (DECREASES) | |
|---|---|---|
| DESCRIPTION | AMOUNT | TOTALS |
| ORDINARY INCOME (LOSS) | -361,007. | |
| INTEREST INCOME | 288. | |
| DIVIDEND INCOME | 273. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -360,446. |
| CHARITABLE CONTRIBUTIONS | -2,056. | |
| HEALTH INSURANCE PREMIUMS | 38,485. | |
| OTHER DEDUCTIONS | -38,485. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -2,056. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -362,502. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | -192,181. | |
| NONDEDUCTIBLE EXPENSES | -12,755. | |
| ACCRUAL TO CASH ADJUSTMENT | -1,463,129. | |
| DOMESTIC PARTNERSHIP | 974. | |
| FINES AND PENALTIES | -6,468. | |
| OTHER DECREASES | -550,677. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -2,224,236. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -2,586,738. |