| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D. N.J. LBR 9004-2(c)**<br>**TSEITLIN & GLAS, P.C.**<br>Eduardo J. Glas, Esq.<br>345 Seventh Avenue, 21st Floor<br>New York, New York 10001<br>646-833-1639<br>ejglas@gmail.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>ZUCKER, GOLDBERG & ACKERMAN, LLC,<br><br><br><br>Debtor. | Chapter 11<br>Case No. 15-24585 (CMG)<br>Honorable Christine M. Gravelle |

**[PROPOSED] ORDER GRANTING MOTION OF PLAN**
**ADMINISTRATOR AUTHORIZING AN INTERIM**
**DISTRIBUTION TO ADMINISTRATIVE CREDITORS**


The relief set forth on the following pages is hereby **ORDERED.**

| | |
|---|---|
| Debtor: | Zucker, Goldberg & Ackerman, LLC |
| Case No.: | Case Nos.: 15-24585 CMG |
| Caption of Order: | Order Granting Motion Of Plan Administrator Authorizing An Interim Distribution To Administrative Creditors |

---

**THIS MATTER**, having come before the Court upon the Motion of the Plan Administrator seeking the entry of an Order Authorizing an Interim Distribution to Administrative Creditors; and the Court having considered the motion as well as any objections; and good and sufficient cause having been shown for the entry of this Order; it is hereby

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Motion be and is hereby granted.

2.      The Plan Administrator is hereby authorized to make an Interim Distribution in the amount of $1,500,000.00 to Administrative Creditors in accordance with the provisions of Section 2.4 of the Joint Plan of Liquidation dated April 10, 2017 (as Modified).